387 A.2d 113

Commonwealth ex rel. Korst v. Korst, Appellant.

Argued December 13, 1977. S. Townsley, with him Jonathan DeYoung, for appellant; Arthur L. Jenkins, Jr., with him William J. Cattie, III, for appellee.

Order affirmed.